■ ROSEMARY MAVELLIA et al., Respondents, v AMERICAN TRANSIT MIX, INC., et al., Appellants. (Appeal No. 1.) [646 NYS2d 485] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Suffolk County, Hall, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.